BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
THOMAS J. O'REARDON II (247952)
501 West Broadway, Suite 1490
San Diego, CA 92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com
toreardon@bholaw.com

Attorneys for Plaintiffs

[Additional Counsel Appear on Signature Page]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| ANTONETTE TAYLOR, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PREMIER NUTRITION CORPORATION f/k/a JOINT JUICE, INC.,<br><br>Defendant. | Case No. 3:16-cv-07097-RS<br><br>**JOINT STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**<br><br><u>CLASS ACTION</u><br><br>District Judge:   Hon. Richard Seeborg<br>Courtroom:        3, 17th Floor, SF |

Case No. 3:16-cv-07097-RS
JOINT STIPULATION OF VOLUNTARY DISMISSAL AS TO TAYLOR ACTION ONLY

00147112

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties, Plaintiff Antonette Taylor and Defendant Premier Nutrition Corporation f/ka/a Joint Juice, Inc., by and through their undersigned counsel, that the related case entitled *Taylor v. Premier Nutrition Corporation f/k/a Joint Juice, Inc.*, Case No. 3:16-cv-07097-RS only is voluntarily dismissed, without prejudice against the Defendant pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), each side to bear their own costs.

Respectfully submitted,

Dated: May 8, 2019

BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
THOMAS J. O'REARDON II (247952)

By:       *s/ Timothy G. Blood*
TIMOTHY G. BLOOD

501 West Broadway, Suite 1490
San Diego, California  92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com
toreardon@bholaw.com

ALTAIR LAW
CRAIG M. PETERS (1840180)
465 California Street, 5th Floor
San Francisco, CA  94104-3313
Tel: 415/988-9828
cpeters@altairlaw.us

CARLSON LYNCH SWEET KILPELA
   & CARPENTER, LLP
TODD D. CARPENTER (234464)
1350 Columbia Street, Suite 603
San Diego, CA  92101
Tel: 619/762-1910
619/756-6991 (fax)
tcarpenter@carlsonlynch.com

*Attorneys for Plaintiffs*

Dated: May 8, 2018

VENABLE LLP
ANGEL A. GARGANTA (163957)
JESSICA L. GRANT (178138)
DANIEL E. LASSEN (271446)
AMIT RANA (291912)
YUHAN CHI (324072)

By:       *s/ Angel A. Garganta*
ANGEL A. GARGANTA

| | |
|---|---|
| 1 | 101 California Street, Suite 3800 |
| 2 | San Francisco, CA 94111 |
|   | Tel: 415/653-3750 |
| 3 | 415/653-3755 (fax) |
|   | aagarganta@venable.com |
| 4 | jgrant@venable.com |
|   | delassen@venable.com |
| 5 | arana@venable.com |
|   | achi@venable.com |
| 6 | VENABLE LLP |
|   | JOHN CARLOS VAZQUES (*pro hac vice*) |
| 7 | 1270 Avenue of the Americas |
|   | New York, NY 10020 |
| 8 | Tel: 212/370-6293 |
|   | jcvazquez@venable.com |
| 9 | *Attorneys for Defendant* |

### ECF CERTIFICATION

The filing attorney attests that he has obtained concurrence regarding the filing of this document from the signatories to this document.

Dated: May 8, 2019                                BLOOD HURST & O'REARDON, LLP

                                                 By:      *s/ Timothy G. Blood*
                                                          TIMOTHY G. BLOOD

**CERTIFICATE OF SERVICE**

I hereby certify that on May 8, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 8, 2019.

                s/ *Timothy G. Blood*
                TIMOTHY G. BLOOD

BLOOD HURST & O'REARDON, LLP
501 West Broadway, Suite 1490
San Diego, CA  92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com